Certificate Number: 06531-PAM-DE-036899415

Bankruptcy Case Number: 22-01298


06531-PAM-DE-036899415

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 12, 2022, at 8:55 o'clock PM CDT, Shaun Palmer completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 12, 2022     By: /s/Seneca Lovett

Name: Seneca Lovett

Title: Credit Counselor