# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 11/3/2022 |
| Case: 1:22−bk−01298−HWV | Form ID: fnldec | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr     Kara Katherine Gendron (Trustee)     karagendrontrustee@gmail.com
aty     John Matthew Hyams     jmh@johnhyamslaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Shaun C. Palmer     203 S. 7th St.     Steelton, PA 17113

TOTAL: 1